IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., et al. (CASCADE RESOURCES, INC.), | ) | |
| Plaintiffs, | ) | |
| v. | ) | Consolidated under lead case No. 435-87C (Nos. 98-88C, 159-88C, and 464-88C) (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Having concluded a settlement agreement, the parties stipulate to the dismissal, with prejudice, of the complaints and counterclaims in actions 98-88C, 159-88C and 464-88C, with each party to bear its own costs, attorney fees and expenses.

Respectfully submitted,

/s/ Dennis J. Dunphy
DENNIS J. DUNPHY
Schwbe, Williamson & Wyatt
U.S. Bank Centre
1420 Bank Ave., Suite 3010
Seattle, WA 98101

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General
STUART E. SCHIFFER
Deputy Assistant Attorney General
J. CHRISTOPHER KOHN
Director

/s/ John W. Showalter
JOHN W. SHOWALTER
Assistant Director

/s/ John J. Siemietkowski
JOHN J. SIEMIETKOWSKI
Trial Attorney
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

Phone (202) 514-3368
Fax (202) 514-9163

Attorneys for Defendant

March 9, 2007